**Order entered December 31, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01355-CR

## L.D. MILLER, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F11-27250-Y

## ORDER

The Court **REINSTATES** the appeal.

On November 10, 2015, we ordered the trial court to make findings regarding the completeness of the reporter's record in this appeal. We **ADOPT** the findings that: (1) the Honorable Elizabeth Frizell is not the judge who presided over the trial and has no personal knowledge of the case; (2) the docket sheet reflects hearings were conducted as follows:

- October 11, 2011: bond hearing

- October 12, 2011: bond hearing

- May 10, 2013: pretrial hearing

- October 15, 2013: hearing on motion for continuance

- April 8, 2014:  jury selection

- April 9, 2014:  jury trial

- May 13, 2014:  hearing on motion to reinstate bond

- May 27, 2014:  admonished on 20-year offer

- October 7, 2014:  jury selection, punishment phase only

- October 8, 2014:  verdict

(3) Sharon Hazlewood, the court reporter who participated in the case, is ill and cannot perform any meaningful work in the foreseeable future; (4) the court did previous research into the issue and has determined Ms. Hazlewood does not have any additional recorded hearings associated with this case; (5) the court has conferred with court reporter Sharina Fowler and determined she has no recorded hearings associated with this case; (6) the record contains no waivers of a court reporter for any of the hearings; (7) there are no additional notes that are available for transcription; (8) appellant timely requested; and (9) if any notes were lost or destroyed, appellant was not at fault.

The reporter's record before this Court consists of Volumes 1, 3, 4, 5, 6, and 7 prepared by court reporter Melva Key, and Volume 2, prepared by court reporter Sharon Hazlewood. These volumes cover the April 8, 9, and 10, 2014 trial proceedings and the October 7 and 8, 2014 punishment proceedings.

We **ORDER** appellant to file his brief by **FEBRUARY 5, 2016**.

We **DIRECT** the Clerk to send copies of this order to counsel for all parties.

/s/     ADA BROWN
JUSTICE